IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CORNELL LYONS,                            )
                                          )
    Plaintiff-Appellant,              )
                                          )
v.                                        )     Case No. CV 123-181
                                          )
CSX TRANSPORTATION, INC.,                 )
A Foreign Profit Corporation,             )
                                          )
    Defendant-Appellee.               )

## O R D E R

The appeal in this matter having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court, and Defendant's appeal is dismissed.

SO ORDERED, this ___6th___ day of November, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA